UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION



FILED
JUN 07 2016
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>JOSHUA JAY BLAINE,<br><br>　　　　　　Defendant. | CR 16-10021<br><br>INDICTMENT<br><br>Felon in Possession of Firearms<br><br>18 U.S.C. §§ 922(g)(1) |

The Grand Jury charges:

On or about November 2, 2015, in the District of South Dakota, Joshua Jay Blaine, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, to wit: a Remington, Model 870 Express Magnum, 12 gauge, pump-action shotgun bearing serial number B641112M, and several 12 gauge shotgun shells, which had been shipped and transported in interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

**FORFEITURE ALLEGATION**

1.　The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.　Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) set forth in this Indictment, the Defendant, Joshua Jay Blaine, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any

firearms and ammunition involved in the commission of the offense, including, but not limited to, the following:

  a. Remington, Model 870 Express Magnum, 12 gauge, pump-action shotgun bearing serial number B641112M; and

  b. Several 12 gauge shotgun shells.

3. If any of the property described above, as a result of any act or omission of the Defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL:

**NAME REDACTED**

_____
Foreperson

RANDOLPH J. SEILER
United States Attorney

By: [signature]