# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# CENTRAL DIVISION

Roberto A. Lange United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - SAC | Court Reporter – Cheryl Hook |
| Courtroom - PR #1 | Date – February 7, 2017 |
| U.S. Probation Officer – Kellie Shuman | |

CR 16-10021

| | |
|---|---|
| UNITED STATES OF AMERICA | SaraBeth Donovan |
| Plaintiff, | |
| vs. | |
| JOSHUA JAY BLAINE | Scott T. Kuck |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 11:00 p.m.

TIME:
11:22 a.m.  Enter contested Sentencing Hearing before the Honorable Roberto A. Lange, Judge, presiding.

Mr. Kuck makes arguments as to the defendant's objections.

Ms. Donovan makes argument as to the defendant's objections on behalf of the government.

The Court makes its rulings.

Ms. Donovan makes argument as to the appropriate sentence on behalf of the government.

Mr. Kuck makes argument as to the appropriate sentence on behalf of the defendant.

Mr. Blaine makes comments to the Court.

The defendant is sentenced to 41 months imprisonment with 24 months of that sentence to run concurrent and 17 months to run consecutive to the sentence imposed in CR 4:15-40069-KES; $100 special assessment; forfeiture of items seized.

The defendant is notified of his appeal rights.

12:31 p.m.  Court adjourned.